# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| JAHMOL HILL, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 5:24-cv-191-MTT-AGH |
| Corporal SHERMAN CHILDS, | : | |
| Defendant. | : | |

## ORDER

The record shows that on May 27, 2025, Defendant filed a waiver of service that was mailed on May 12, 2025 (ECF No. 26). Because Defendant waived service but has not answered or otherwise defended within the period contemplated by Federal Rule of Civil Procedure 4(d)(3), the Clerk of Court is **ORDERED** to enter default against Defendant. The Clerk is also **DIRECTED** to serve a copy of this Order upon Defendant by U.S. Mail delivered to the available address of service, as well as the Sheriff of the Houston County Detention Center, located in Perry, Georgia.

Plaintiff is **ADVISED** that after Defendant's default is entered on the record, Plaintiff may file a motion for the entry of default judgment against Defendant pursuant to Rule 55(b) of the Federal Rules of Civil Procedure.

**SO ORDERED**, this 6th day of August, 2025.

s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE